UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MENACHEM UNGAR, on behalf of himself   :
and all others similarly situated,             :
                  Plaintiff,       :
                            :      **ORDER**
v.                           :
                            :      20 CV 5361 (VB)
MIDLAND CREDIT MANAGEMENT, INC.   :
and John Does 1-25,             :
                  Defendants.    :
-------------------------------------------------------------x

The Court has been advised that the parties have settled this case.  Accordingly, it is

hereby ORDERED that this action is dismissed without costs, and without prejudice to the right

to restore the action to the Court's calendar, provided the application to restore the action is

made by no later than November 23, 2020.  To be clear, any application to restore the action

must be filed by November 23, 2020, and any application to restore the action filed thereafter

may be denied solely on the basis that it is untimely.

All scheduled conferences or other scheduled court appearances are cancelled.  Any

pending motions are moot.

The Clerk is instructed to close this case.

Dated:  September 23, 2020
       White Plains, NY

                                    SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge